IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA  )
)
vs.  )  Criminal No.  4:05cr22WHB-JCS
)
JOHN PAUL DEAN  )


## ORDER RESCINDING TRANSFER OF JURISDICTION

The Court, after reviewing information from the United States Probation Office, finds that the transfer of jurisdiction filed in District Court of the Southern District of Mississippi May 24, 2005, in the case of John Paul Dean, Western District of Virginia Docket Number 7:03cr30018-002, is rescinded.  The transfer of jurisdiction order, from the Western District of Virginia to the Southern District of Mississippi was not intended, and was inadvertently signed by a District Court Judge in the District of South Carolina.  The Court finds the transfer non binding and jurisdiction has remained in the Western District of Virginia.


SO ORDERED this the 23rd day of February, 2006.


WILLIAM H. BARBOUR, JR.
UNITED STATES DISTRICT JUDGE